# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00018-CV

**In re Jacob O'Donnell**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Jacob O'Donnell's petition for writ of mandamus is denied. *See* Tex. R. App.

P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: January 29, 2010